UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | | |
|---|---|---|
| VICTORIA RHODES, QUINTON GARDNER, SELINA RIGGS, DONELL ELLIS, AND KWAN JOHNSON | ) ) ) ) ) ) | PLAINTIFFS<br><br>Civil Action No. 3:13-CV-00214-CWR-LRA |
| vs. | ) ) ) | DEFENDANT |
| COMPUTER SCIENCES CORPORATION | ) ) | |

### NOTICE OF DEPOSITION

TO:  Plaintiff, Victoria Rhodes,
through her counsel of record,
Mike Farrell
Mike Farrell, PLLC
210 E. Capitol Street
Regions Plaza, Suite 2180
Jackson, MS 39201

PLEASE TAKE NOTICE that Defendant, Computer Sciences Corporation, through undersigned counsel, will take the deposition of **VICTORIA RHODES**, before a duly authorized court reporter or other officer authorized to administer oaths on **Wednesday, January 8, 2014 at 1:00 p.m.**, at the offices of The Kullman Firm, 1640 Lelia Drive, Suite 120, Jackson, Mississippi, 39216; telephone: (601) 366-2990.  Said deposition will be taken in accordance with and for all purposes allowed under the Federal Rules of Civil Procedure and may be video-taped.  You are cordially invited to attend and participate in accordance with the law.

Respectfully submitted, this 10th day of December, 2013.

1

        /s/Martin J. Regimbal
*Attorney for Defendant, Computer Sciences Corporation*
**MARTIN J. REGIMBAL** (MSB No. 102507)
**THE KULLMAN FIRM**
200 6th Street North, Suite 704
Columbus, Mississippi 39701
Telephone:  (662) 244-8824
Facsimile:  (662) 244-8837
E-mail:  mjr@kullmanlaw.com

Samuel Zurik, III, Esq. (*pro hac vice*)
Robert P. Lombardi, Esq. (*pro hac vice*)
**THE KULLMAN FIRM**
1100 Poydras Street, 1600 Energy Centre
New Orleans, Louisiana 70163
Telephone:  (504) 524-4162
Facsimile:  (504) 596-4189
E-mail:  sz@kullmanlaw.com
E-mail:  rpl@kullmanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify I filed a copy of the foregoing with the Clerk via the CM/ECF system, which will automatically send an electronic copy to:

Mike Farrell, Esq.
Mike Farrell, PLLC
210 E. Capitol Street
Regions Plaza, Suite 2180
Jackson, MS 39201
Telephone:  (601) 948-8030
Facsimile:  (601) 948-8032
E-mail:  mike@farrell-law.net

Counsel for Plaintiffs

**THIS,** the 10th day of December, 2013.

        */s/Martin J. Regimbal*
        **MARTIN J. REGIMBAL**