IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

Victoria Rhodes, et al.                                                                              Plaintiffs

v.                                                                                  No. 3:13 - cv - 214 CWR LRA

Computer Sciences Corporation                                                              Defendant

___

## Plaintiffs' Response to Motion for Time

___

The plaintiffs respond in agreement with the defendant's motion to extend the discovery deadline until 3/17/14 and the motion deadline until 3/31/14 as outlined in its motion.  Doc. 57.

Dated:  December 15, 2013.

Respectfully submitted,

*/s/ Mike Farrell*

Mike Farrell
MSB No. 5147
Mike Farrell, PLLC
210 E. Capitol Street
Regions Plaza, Suite 2180
Jackson, MS 39201
T:  601-948-8030
F:  601-948-8032
mike@farrell-law.net

Certificate of Service

I certify that on December 15, 2013, a copy of this document was electronically filed with the court and the ECF systems should have forwarded a copy to:

Martin J. Regimbal
mjr@kullmanlaw.com
The Kullman Firm
200 6th Street North, Suite 704

Columbus, Mississippi 39701

Samuel Zurik, III
sz@kullmanlaw.com
Robert P. Lombardi
rpl@kullmanlaw.com
The Kullman Firm
1100 Poydras Street, 1600 Energy Centre
New Orleans, Louisiana 70163

                                                         */s/ Mike Farrell*
                                                         Mike Farrell