IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

VICTORIA RHODES, et al., )
                         )
       Plaintiffs,       )
                         )
v.                       )   Civil Action No. 1:14-cv-213
                         )
COMPUTER SCIENCES CORPORATION, )
                         )
       Defendant.        )

**ORDER**

THIS MATTER comes before the Court on Plaintiffs' and Defendant's cross-motions for summary judgment. For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that Defendant's Motion for Summary Judgment is DENIED, Plaintiffs' Motion for Summary Judgment is GRANTED, and judgment is entered in favor of Donnell Ellis against Computer Sciences Corporation in the amount of $51,250.00; judgment is entered in favor of Quinton Gardner against Computer Sciences Corporation in the amount of $72,489.00; judgment is entered in favor of Kwan Johnson against Computer Sciences Corporation in the amount of $67,079.88; judgment is entered in favor of Victoria Rhodes against Computer Sciences Corporation in the amount of $67,812.50; and judgment is entered in favor of Selina

Riggs against Computer Sciences Corporation in the amount of

$91,604.00.

                                                      /s/ Claude M. Hilton
                                                      CLAUDE M. HILTON
                                                      UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
December _10_, 2014