IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| VICTORIA RHODES, QUINTON GARDNER, SELINA RIGGS, DONELL ELLIS AND KWAN JOHNSON<br>    Plaintiffs,<br><br><br><br><br>COMPUTER SCIENCES CORPORATION<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  C/A No. 1:14-CV-213-CMH-TCB<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEAL

Notice is hereby given that COMPUTER SCIENCES CORPORATION, Defendant in the above named case, hereby appeals to the United States Court of Appeals for the FOURTH Circuit from the final judgment entered in this action on the 10th day of December, 2014.

/s/ *Thomas J. Woodford*

*Attorney for Defendant, Computer Sciences Corporation*

**SAMUEL ZURIK III** (*pro hac vice*)
**ROBERT P. LOMBARDI** (*pro hac vice*)
**THE KULLMAN FIRM**
1100 Poydras Street, 1600 Energy Centre
New Orleans, Louisiana 70163
Telephone: (504) 524-4162
Facsimile: (504) 596-4189
E-mail: sz@kullmanlaw.com
E-mail: rpl@kullmanlaw.com

                                                  **THOMAS J. WOODFORD, ESQ.**
                                                  **VIRGINIA BAR NO. 30436**
                                                  **THE KULLMAN FIRM**
                                                  1100 Riverview Plaza
                                                  63 South Royal Street
                                                  Mobile, Alabama 36602
                                                  Telephone:  (251) 432-1811
                                                  Facsimile:  (251) 433-1230
                                                  E-mail:  tjw@kullmanlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on December __, 2014, I filed a copy of the foregoing with the Clerk via the CM/ECF system, which will send notification to the following:

| | |
|---|---|
| Angeli Murthy<br>MORGAN & MORGAN, P.A.<br>600 N. Pine Island Road, Suite 400<br>Plantation, Florida 33324<br>Telephone:  (954) 318-0268<br>Facsimile:  (954) 333-3515<br>Email:  amurthy@forthepeople.com | Mike Farrell<br>Mike Farrell, PLLC<br>210 E. Capitol Street<br>Regions Plaza, Suite 2180<br>Jackson, Mississippi 39201<br>Telephone:  (601) 948-8030<br>Facsimile:  (601) 948-8032<br>E-mail:  mike@farrell-law.net |
| Gregg C. Greenberg<br>Zipin, Amster & Greenberg<br>836 Bonifant Street<br>Silver Spring, Maryland 20910<br>Telephone: (301) 587-9373<br>Facsimile: (301) 587-9397<br>Email: ggreenberg@zipinlaw.com<br><br>*Counsel for Rishell Plaintiff* | T. Farrell Egge<br>1800 Diagonal Road, Suite 600<br>Alexandria, Virginia 22314<br>Telephone: (703) 647-6033<br>E-mail: tfeman@aol.com<br><br>*Counsel for Rhodes, et al Plaintiffs* |

                                                  */s/ Thomas J. Woodford*