FILED: December 17, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-2366
(1:13-cv-00931-CMH-TCB)
(1:14-cv-00213-CMH-TCB)

_____

GEORGE RISHELL, on his own behalf and on behalf of those similarly situated

    Plaintiff - Appellee

and

VICTORIA RHODES; QUINTON GARDNER; SELINA RIGGS; DONELL ELLIS; KWAN JOHNSON

    Plaintiffs

v.

COMPUTER SCIENCES CORPORATION, a Foreign Profit Corporation

    Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:13-cv-00931-CMH-TCB<br>1:14-cv-00213-CMH-TCB |

| Date notice of appeal filed in originating court: | 12/12/2014 |
|---|---|
| Appellant (s) | Computer Sciences Corporation |
| Appellate Case Number | 14-2366 |
| Case Manager | Cathy Poulsen<br>804-916-2704 |