FILED: December 18, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-2366 (L)
(1:13-cv-00931-CMH-TCB)
(1:14-cv-00213-CMH-TCB)

_____

GEORGE RISHELL, on his own behalf and on behalf of those similarly situated

  Plaintiff - Appellee

 and

VICTORIA RHODES; QUINTON GARDNER; SELINA RIGGS; DONELL ELLIS; KWAN JOHNSON

  Plaintiffs

v.

COMPUTER SCIENCES CORPORATION, a Foreign Profit Corporation

  Defendant - Appellant

_____

No. 14-2376
(1:14-cv-00213-CMH-TCB)

_____

VICTORIA RHODES; QUINTON GARDNER; SELINA RIGGS; DONELL ELLIS; KWAN JOHNSON

  Plaintiffs - Appellees

v.

COMPUTER SCIENCES CORPORATION

    Defendant - Appellant

_____

O R D E R

_____

The court consolidates Case No. 14-2366 and Case No. 14-2376. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

                                For the Court--By Direction

                                <u>/s/ Patricia S. Connor, Clerk</u>