United States District Court
Eastern District Of Virginia
Alexandria Division

Victoria Rhodes, et al                                                                                    Plaintiffs

v.                                                                                             No. 1:14 -cv- 213 CHM-TCB

Computer Sciences Corporation                                                                      Defendant

---

**Motion to Amend Judgment to Add Pre-judgment Interest**
---

      Pursuant to Rule 59(d) of the Federal Rules of Civil Procedure, the plaintiffs hereby move to court to amend the judgment to add pre-judgment interest at the appropriate rate under the controlling law.

                                Respectfully submitted,

                                */s/ T. Farrell Egge*
                                T. Farrell Egge
                                Va. Bar No. 14686
                                Attorney for  Victoria Rhodes, et al (Local Counsel)
                                T. Farrell Egge, PC
                                1800 Diagonal Road, Ste. 600
                                Alexandria, VA 22314
                                Tel: 703- 647-6033
                                Fax:  703- 329-4846
                                tfeman@al.com

                                */s/Mike Farrell*
                                Mike Farrell (Pro Hac Vice Counsel)
                                Miss Bar No. 5147
                                Mike Farrell, PLLC
                                210 E. Capitol Street
                                Regions Plaza, Suite 2180
                                Jackson, MS 39201
                                T:  601-948-8030
                                F:  601-948-8032
                                mike@farrell-law.net

Certificate of Service

I certify that on December 22, 2014, a copy of this document was electronically filed with the court's ECF systems which should have forwarded a copy to:

Martin J. Regimbal
mjr@kullmanlaw.com
The Kullman Firm
200 6th Street North, Suite 704
Columbus, Mississippi 39701

Samuel Zurik, III
sz@kullmanlaw.com
Robert P. Lombardi
rpl@kullmanlaw.com
The Kullman Firm
1100 Poydras Street, 1600 Energy Centre
New Orleans, Louisiana 70163

Thomas J. Woodford
The Kullman Firm
1100 Riverview Plaza
63 South Royal Street
Mobile, Alabama  36602
tjw@kullmanlaw.com

Dated:  December 22, 2014.

*/s/ T. Farrell Egge*
T. Farrell Egge