Eastern District Of Virginia
Alexandria Division

Victoria Rhodes, et al                                        Plaintiffs

v.                                             No. 1:14-cv-213 CHM-TCB

Computer Sciences Corporation                          Defendant

## Bill of Costs

A judgment having been entered in the above entitled action on December 10, 2014, against the defendant, the clerk is requested to tax the following amounts paid to court reporters as costs:

| Date | Payee | Description | Amount |
|---|---|---|---|
| 8/19/14 | Veritext Corp Services | Depositions of D. Ellis and Kwan Johnson | 1,151.32 |
| 9/12/14 | Morgan & Morgan | 50% of depositions of Barclay, Smith, Camp, Lewis, Wyatt, and Owens | 3,852.30 |
| 4/10/13 | USDC | Filing fee | 350 |
| | | | 5,353.62 |

### Declaration

I declare under penalty of perjury that the following costs are correct and were necessary incurred in this action and that the services for which fees have been charged where actually and necessarily performed. A copy of this bill has been served on all parties by email and first class mail.

/s/ Mike Farrell
Mike Farrell
Attorney for Plaintiff s

Dated: December 22, 2014.

### Taxation of Costs

Costs are taxed in the amount of $_____ and added to the judgment.

Clerk of the Court

_____
Deputy Clerk

December ____, 2014

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| Bill To: | Mike Farrell, Esq.<br>Mike Farrell PLLC<br>210 E. Capitol Street<br>Regions Plaza, Suite 2180<br>Jackson, MS, 39201 | Invoice #: | CS2096040 |
|---|---|---|---|
| | | Invoice Date: | 8/4/2014 |
| | | Balance Due: | $1,151.32 |

| Case: | Rhodes, Victoria v. Computer Sciences Corp |
|---|---|
| Job #: | 1836986 | Job Date: 4/4/2014 | Delivery: Normal |
| Billing Atty: | Mike Farrell, Esq. |
| Location: | Computer Science Corp (CSC) |
| | 3170 Fairview Park Drive | Room 3170 Law Library | Falls Church, VA 22042 |
| Sched Atty: | Robert P Lombardi Esq | Kullman Firm |

| Witness | Description | Amount |
|---|---|---|
| D. Ellis Confidential Portion | Certified Transcript | $74.75 |
| Donell Ellis | Certified Transcript | $622.87 |
| Kwan Johnson | Certified Transcript | $453.70 |
| **Notes:** | | **Invoice Total:** $1,151.32 |
| | | Payment: $0.00 |
| | | Credit: $0.00 |
| | | Interest: $0.00 |
| | | Balance Due: $1,151.32 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

---

**MIKE FARRELL, PLLC** 09/08
**MIKE FARRELL**
210 E Capitol St.,
Regions Plaza Ste 2180
Jackson, MS 39201

2910
85-543/653

PAY TO THE ORDER OF _Veritext_    DATE 8/19/14    $ 1,151.32

_One Thousand One Hundred Fifty One & 32/100_    DOLLARS

**REGIONS**

FOR _____

⑆000029010⑆ ⑈065305436⑈ 008050 2350⑈

---

| To pay online, go to<br>www.Veritext.com<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | Please remit payment to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | Job #: | 1836986 |
|---|---|---|---|
| | | Invoice Date: | 8/4/2014 |
| | | Balance: | $1,151.32 |

106571

Mike Farrell

---

**From:** Mike Farrell <mike@farrell-law.net>
**Sent:** Wednesday, September 10, 2014 10:56 AM
**To:** amurthy@forthepeople.com
**Subject:** Splitting costs of CSC depositions

Angeli,

I will send a check for $3,852.30. Should it be made payable to Morgan & Morgan ? *P.A.*

Mike

| | |
|---|---|
| Michael Barclay | $2,767.27 |
| Dominique Smith | $1,015.32 |
| Noel Camp | $1,465.54 |
| Kimberly Lewis | $1,035.48 |
| Brandon Wyatt | $1,296.00 |
| Michelle Owens | $125.00 |
| total | $7,704.61 |
| 50% | $3,852.30 |

---

MIKE FARRELL, PLLC 09/08
MIKE FARRELL
210 E Capitol St.,
Regions Plaza Ste 2180
Jackson, MS 39201

2935
85-543/653

DATE 9-12-14

PAY TO THE ORDER OF  Morgan & Morgan     $ 3,852.30

Three Thousand Eight Hundred Fifty-two & 30/100  DOLLARS

REGIONS

FOR _____                          Mike Farrell

⑆000002935⑆ ⑈065305436⑈ 008050 2350⑆

1