**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| **VICTORIA RHODES, QUINTON GARDNER,** ) | |
| **SELINA RIGGS, DONELL ELLIS AND** ) | |
| **KWAN JOHNSON** ) | |
|     **Plaintiffs,** ) | |
| ) **C/A No. 1:14-CV-213-CMH-TCB** | |
| ) | |
| ) | |
| **COMPUTER SCIENCES CORPORATION** ) | |
|     **Defendant.** ) | |

**ORDER**

CONSIDERING the foregoing Unopposed Motion for Stay of Execution of Judgment;

IT IS HEREBY ORDERED that the motion is granted and Defendant is ordered to post a bond with the clerk of this court in the amount of $386,000.00.  The form of the bond and power of attorney submitted by the Defendant to the Court are acceptable to the Court.  Facsimile signatures on the power of attorney documents are acceptable, and the signatory for the surety may reside outside of the jurisdiction if licensed in Virginia.

IT IS FURTHER ORDERED that the bond shall be posted by December 26, 2014.


Dec. 22, 2014
DATE

Claude M. Hilton
UNITED STATES DISTRICT JUDGE