IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| VICTORIA RHODES, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 1:14-cv-213 |
| | ) |
| COMPUTER SCIENCES CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

THIS MATTER is before the Court pursuant to the Stipulation for Order and Defendant's pending motions for stay execution of judgment and to set the bond. Upon consideration of the stipulation, it is hereby ORDERED that the Stipulation is hereby approved. The Court ORDERS; (1) the hearing set for Friday, December 19, 2015, is CANCELLED; (2) the deadline for Plaintiffs to submit their motion for attorneys' fees, and costs in this matter is STAYED until fourteen days after the action is remanded to this Court; and (3) Plaintiffs may submit a motion to amend judgment within the time permitted. However, all further briefing is stayed pending a ruling on the appeal by the United States Court of Appeals for the Fourth Circuit. If the judgment is affirmed by the Fourth Circuit, Plaintiff will supplement his motion with exhibits and authorities within 14 days of a remand. The Defendant will then respond to the motion

in the normal time, and Defendant may file any response to such motions within twenty-eight days of remand.

FURTHER, Defendants motion to stay execution of the judgment and to set bond is approved by separate Order.

*[signature: Claude M. Hilton]*
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
December 22, 2014