IN THE UNITED STATES DISTRICT COURT        FILED

FOR THE  Eastern _____ DISTRICT OF  Virginia _____

Victoria Rhodes, Quinton Gardner, Selina Riggs,
Donell Ellis and Kwan Johnson _____
    Plaintiff

       -vs-

Computer Sciences Corporation _____

    Defendant

2014 DEC 23  A 10: 33

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

Civil Action No.  1:14-CV-213 CMH-TCB

Bond No. 09146760 _____

KNOW ALL MEN BY THESE PRESENTS that  COMPUTER SCIENCES CORPORATION _____ as
Principal, and  FIDELITY AND DEPOSIT COMPANY OF MARYLAND _____ as Surety are held and firmly
bound   unto    US DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA, ALEXANDRIA DIVISION _____ in   the
principal sum of  Three Hundred Eighty Six Thousand and 00/100 _____ ($ 386,000.00 _____ ) for the payment of which we
bind ourselves, our heirs, executors, administrators, successors and assigns, jointly and severally, firmly by
these presents.

WHEREAS,  on the  19th  day of _____ December _____ , 20 14 ____ , in the above named Court, the above
named  Victoria Rhodes, Quinton Gardner, Selina Riggs, Donell Ellis and Kwan Johnson _____ the plaintiff herein recovered a
judgment against the above named  Computer Sciences Corporation _____ ,
the defendant herein, for the sum of  Three Hundred Eighty Six Thousand and 00/100 _____ Dollars ($ 386,000.00 _____ ).

WHEREAS, the above named Principal has entered an appeal to  US District Court for the Eastern District of Virginia,
Alexandria Division _____
to review the Judgment entered in the above case on  9/25/14 _____ .

NOW THEREFORE, if the Principal shall satisfy any money judgment obtained in the judgment in full,
including any costs and damages which may be awarded against defendant then this obligation shall be null
and void; otherwise to remain in full force and effect.  It is provided that the Surety shall not be liable in the
aggregate  for  more  than  the  penal  sum  of  Three Hundred Eighty Six Thousand and 00/100 _____ Dollars
($ 386,000.00 _____ ).

Signed, sealed and dated this  19th  day of _____ December _____ , 20 14 ____ .

Principal: COMPUTER SCIENCES CORPORATION

By: _____

Surety: FIDELITY AND DEPOSIT COMPANY OF
MARYLAND _____

BY: _____
Susan A. Welsh , Attorney-In-Fact

## NOTARIAL ACKNOWLEDGMENT

STATE OF ILLINOIS
COUNTY OF COOK

On this __19th__ day of __December__ , 2014, before me __Debra J. Doyle__ a Notary Public of the State and County aforesaid, residing therein, duly commissioned and sworn, personally came __Susan A. Welsh__, to me known, who being by me duly sworn according to law, did depose and say that she resides in Illinois: that she is an Attorney-in-Fact of __Fidelity and Deposit Company of Maryland,__ the corporation described in and which executed the foregoing instrument: that she knows the seal of said corporation: that it was so affixed by order of The Board of Directors of said corporation and that she signed this name thereto by like order: that she executed and delivered such instrument on behalf of said corporation as its voluntary act and deed for the uses and purposes therein mentioned.

My Commission Expires:
__02/21/18__

OFFICIAL SEAL
DEBRA J. DOYLE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES
FEBRUARY 21, 2018

**ZURICH AMERICAN INSURANCE COMPANY**
**COLONIAL AMERICAN CASUALTY AND SURETY COMPANY**
**FIDELITY AND DEPOSIT COMPANY OF MARYLAND**
**POWER OF ATTORNEY**

KNOW ALL MEN BY THESE PRESENTS: That the ZURICH AMERICAN INSURANCE COMPANY, a corporation of the State of New York, the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY, a corporation of the State of Maryland, and the FIDELITY AND DEPOSIT COMPANY OF MARYLAND a corporation of the State of Maryland (herein collectively called the "Companies"), by **THOMAS O. MCCLELLAN, Vice President,** in pursuance of authority granted by Article V, Section 8, of the By-Laws of said Companies, which are set forth on the reverse side hereof and are hereby certified to be in full force and effect on the date hereof, do hereby nominate, constitute, and appoint **Sandra M. WINSTED, Susan A. WELSH, Judith A. LUCKY-EFTIMOV, James B. MCTAGGART, Debra J. DOYLE, Sandra M. NOWAK, Melissa L. FORTIER, Jessica B. YATES and Diane M. O'LEARY,** all of Chicago, Illinois, **EACH** its true and lawful agent and Attorney-in-Fact, to make, execute, seal and deliver, for, and on its behalf as surety, and as its act and deed: **any and all bonds and undertakings,** and the execution of such bonds or undertakings in pursuance of these presents, shall be as binding upon said Companies, as fully and amply, to all intents and purposes, as if they had been duly executed and acknowledged by the regularly elected officers of the ZURICH AMERICAN INSURANCE COMPANY at its office in New York, New York., the regularly elected officers of the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY at its office in Owings Mills, Maryland., and the regularly elected officers of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND at its office in Owings Mills, Maryland., in their own proper persons.

The said Vice President does hereby certify that the extract set forth on the reverse side hereof is a true copy of Article V, Section 8, of the By-Laws of said Companies, and is now in force.

IN WITNESS WHEREOF, the said Vice-President has hereunto subscribed his/her names and affixed the Corporate Seals of the said **ZURICH AMERICAN INSURANCE COMPANY, COLONIAL AMERICAN CASUALTY AND SURETY COMPANY, and FIDELITY AND DEPOSIT COMPANY OF MARYLAND,** this 5th day of September, A.D. 2014.

ATTEST:

**ZURICH AMERICAN INSURANCE COMPANY**
**COLONIAL AMERICAN CASUALTY AND SURETY COMPANY**
**FIDELITY AND DEPOSIT COMPANY OF MARYLAND**

 

By:

*Assistant Secretary*
*Michael McKibben*

*Vice President*
*Thomas O. McClellan*

**State of** Maryland
**City of** Baltimore

On this 5th day of September, A.D. 2014, before the subscriber, a Notary Public of the State of Maryland, duly commissioned and qualified, **THOMAS O. MCCLELLAN, Vice President, and MICHAEL MCKIBBEN, Assistant Secretary,** of the Companies, to me personally known to be the individuals and officers described in and who executed the preceding instrument, and acknowledged the execution of same, and being by me duly sworn, deposeth and saith, that he/she is the said officer of the Company aforesaid, and that the seals affixed to the preceding instrument are the Corporate Seals of said Companies, and that the said Corporate Seals and the signature as such officer were duly affixed and subscribed to the said instrument by the authority and direction of the said Corporations.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal the day and year first above written.

Maria D. Adamski, Notary Public
My Commission Expires: July 8, 2015

POA-F 036-0055

Compliance Express ™                                                                        Page 1 of 1



COMMONWEALTH OF
VIRGINIA
BUREAU OF INSURANCE

JACQUELINE K. CUNNINGHAM
COMMISSIONER OF INSURANCE
STATE CORPORATION
COMMISSION
BUREAU OF INSURANCE
P.O. BOX 1157
RICHMOND, VIRGINIA 23218
TELEPHONE: (804) 371-9631
TDD/VOICE: (804) 371-9206

WWW.SCC.VIRGINIA.GOV/DIVISION/BOI

Licensees shall report to the Bureau within 30
days any change in residence at
www.sircon.com/virginia or at www.nipr.com

The licensee is entitled to be appointed as an agent
to transact the business of insurance on behalf of
Virginia licensed insurers pursuant to Title 38.2 of
the Code of Virginia.

This license is perpetual and in effect from its
issue date unless surrendered, terminated,
suspended, revoked, or an expiration date is
noted.

Nonresidents only: This license is limited to the
authority granted by the licensee's home state.

# Producer
## Property & Casualty

## SUSAN A WELSH
### 27 CORINTH COURT
### TINLEY PARK , IL 60477

## is authorized to transact business as described above

License No: 813988        Issue Date: 08-25-2011        Expiration Date:

Generated by Sircon 59231583

---

| COMMONWEALTH OF VIRGINIA BUREAU OF INSURANCE THIS IS TO CERTIFY THAT  | IS HEREBY AUTHORIZED TO TRANSACT BUSINESS IN ACCORDANCE TO THE LICENSE DESCRIPTION SHOWN BELOW: |
|---|---|
| **SUSAN A WELSH** 27 CORINTH COURT , TINLEY PARK , IL 60477 | **Producer** Property & Casualty |
| LICENSE NUMBER: 813988 | Issue Date: 08-25-2011   Generated by Sircon 59231583   Expiration Date: |

https://www.sircon.com/ComplianceExpress/ServiceRequest/licPrnt.do?method=submit        8/30/2011