FILED: May 2, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-2366 (L)
(1:13-cv-00931-CMH-TCB)
(1:14-cv-00213-CMH-TCB)

_____

GEORGE RISHELL, on his own behalf and on behalf of those similarly situated

      Plaintiff - Appellee

 and

VICTORIA RHODES; QUINTON GARDNER; SELINA RIGGS; DONELL ELLIS; KWAN JOHNSON

      Plaintiffs

v.

COMPUTER SCIENCES CORPORATION, a Foreign Profit Corporation

      Defendant - Appellant

_____

No. 14-2376
(1:14-cv-00213-CMH-TCB)

_____

VICTORIA RHODES; QUINTON GARDNER; SELINA RIGGS; DONELL ELLIS; KWAN JOHNSON

  Plaintiffs - Appellees

v.

COMPUTER SCIENCES CORPORATION

  Defendant - Appellant

---

### J U D G M E N T

---

  In accordance with the decision of this court, the judgment of the district court is affirmed.

  This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

            /s/ PATRICIA S. CONNOR, CLERK