UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

Victoria Rhodes et al                                                                                   Plaintiffs

v                                                                                   No. 1:14-cv-213 CMH - TCB

Computer Sciences Corporation                                                                  Defendant

## Satisfaction of Judgment and Costs

The plaintiffs hereby give notice that the defendant Computer Science Corporation has satisfied the judgment including any accrued interest as well as all costs that have been taxed.

Dated:  February 17, 2017.

Respectfully submitted,

*/s/ T. Farrell Egge*
T. Farrell Egge
Va. Bar No. 14686
T. Farrell Egge, PC
1800 Diagonal Road, Ste. 600
Alexandria, VA 22314
Tel: 703- 647-6033
Fax:  703- 329-4846
tfeman@al.com

*/s/Mike Farrell*
Mike Farrell (Pro Hac Vice Counsel)
Miss Bar No. 5147
Mike Farrell, PLLC
Attorney for Victoria Rhodes et al
210 E. Capitol Street
Regions Plaza, Suite 2180
Jackson, MS 39201
T:  601-948-8030
mike@farrell-law.net

1

Certificate of Service

I certify that on February 17, 2017, a copy of this document was electronically filed with the court's ECF systems which should have forwarded a copy to:

Martin J. Regimbal
mjr@kullmanlaw.com
The Kullman Firm
200 6th Street North, Suite 704
Columbus, Mississippi 39701

Samuel Zurik, III
sz@kullmanlaw.com
Robert P. Lombardi
rpl@kullmanlaw.com
The Kullman Firm
1100 Poydras Street, 1600 Energy Centre
New Orleans, Louisiana 70163

Thomas J. Woodford
The Kullman Firm
1100 Riverview Plaza
63 South Royal Street
Mobile, Alabama  36602
tjw@kullmanlaw.com

Dated:  February 17, 2017.


*/s/ T. Farrell Egge*
T. Farrell Egge